IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                              CASE NO.  4:07cr00147-01 JMM

TERANCE STEVE CHATMAN

ORDER

Defendant appeared for a hearing on the petition to revoke supervised release (docket entry #3).  Upon agreement by the parties and for good cause shown, the motion to revoke supervised release is denied.

Defendant's conditions of supervised release are modified to include one hundred (100) hours of community service. The location for the community service will be determined by the probation officer. Defendant is directed to continue to look for employment.  If Defendant becomes employed, the remaining hours of community service will be suspended.  All other conditions of Defendant's supervised release remain in effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office.

IT IS SO ORDERED THIS 23rd day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE